# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Louis Lee Zacherle | Case Number: 0980 2:16CR00193-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 14, 2017

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation, Assault by Wounding, 18 U.S.C. §§ 113(a)(4), and 1153 | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 14, 2017 |
| Defense Attorney: | John Steven Roberts | Date Supervision Expires: March 13, 2020 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2018.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

> **Supporting Evidence**: Mr. Zacherle violated the terms of his probation by being convicted in Tribal court of the offense of battery in violation of a federal, state or local law.
>
> On March 28, 2017, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Zacherle, and he signed a copy acknowledging the requirements.
>
> Mr. Zacherle entered an Alford plea of guilty to battery on August 8, 2018, which was a reduced charge from the charge of Indecent Liberties in The Tribal Court of The Confederated Tribes of The Colville Reservation, in Nespelem, Washington, case number CR-2018-41009.  He was given credit for time served, which was a total of 33 days incarceration.
>
> According to the incident report from the Colville Tribal Police Department, case number 18-0055, an 8-year-old female reported that her uncle, Louis Lee Zacherle, touched her private parts.  The victim's father reported he saw Mr. Zacherle kneeling over his daughter saying he was sorry and heard Mr. Zacherle say, "Don't tell your mom."

    3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: Mr. Zacherle violated the terms of his probation by being convicted of the offense of drinking or possessing alcohol and pleading guilty in Tribal court confirming drank alcohol in violation of a federal, state or local law.

        On March 28, 2017, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Zacherle, and he signed a copy acknowledging the requirements.

        On August 8, 2018, Mr. Zacherle entered an Alford plea of guilty to disobedience of a lawful court order by possessing or consuming alcohol in The Tribal Court of The Confederated Tribes of The Colville Reservation, in Nespelem, Washington, case number CR-2018-41094. He denied drinking alcohol but admits he had alcohol in his vehicle at the time of incident on July 16, 2018, near Desautel summit, highway 155, Okanogan County, Washington, within the exterior boundaries of the Colville Indian Reservation. Mr. Zacherle was given credit for time served, which was a total of 33 days of incarceration.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 10, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice, Chief USDJ
Signature of Judicial Officer

August 10, 2018
Date